IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Underwood-Savage, Bobbie J | Case Number: 08 B 07453 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/13/09 | Filed: 3/28/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 2, 2008
Confirmed: May 27, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,395.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,304.32 |
| Trustee Fee: |  | 90.68 |
| Other Funds: |  | 0.00 |
| Totals: | 1,395.00 | 1,395.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 1,304.32 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 3. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 4. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 5. | Target National Bank | Unsecured | 1,750.90 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 4,838.39 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 120.47 | 0.00 |
| 8. | Target National Bank | Unsecured | 534.42 | 0.00 |
| 9. | Student Loan Guarantee Foundation | Unsecured | 2,058.07 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 618.66 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 791.59 | 0.00 |
| 12. | Spirit Of America Nat'l Ban | Unsecured | 833.07 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 391.04 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 965.64 | 0.00 |
| 15. | Chase Bank USA NA | Unsecured | 581.52 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 348.40 | 0.00 |
| 17. | Capital Recovery Systems | Unsecured | 225.32 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 503.93 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 490.40 | 0.00 |
| 20. | World Financial Network Nat'l | Unsecured | 391.04 | 0.00 |
| 21. | Resurgent Capital Services | Unsecured | 928.66 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 8,145.66 | 0.00 |
| 23. | Midland Mortgage Company | Secured | | No Claim Filed |
| 24. | Sallie Mae | Unsecured | | No Claim Filed |
| 25. | Sallie Mae | Unsecured | | No Claim Filed |
| 26. | Sallie Mae | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Underwood-Savage, Bobbie J

Printed: 01/13/09

Case Number: 08 B 07453
Judge: Goldgar, A. Benjamin
Filed: 3/28/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Sallie Mae | Unsecured | | No Claim Filed |
| 28. | Sallie Mae | Unsecured | | No Claim Filed |
| 29. | Sallie Mae | Unsecured | | No Claim Filed |
| 30. | Sallie Mae | Unsecured | | No Claim Filed |
| 31. | Sallie Mae | Unsecured | | No Claim Filed |
| 32. | Sallie Mae | Unsecured | | No Claim Filed |
| 33. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 34. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 35. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 36. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 37. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 38. | WFNNB/Spiegel | Unsecured | | No Claim Filed |
| 39. | Sears | Unsecured | | No Claim Filed |
| | | | $ 27,981.18 | $ 1,304.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 90.68 |
| | $ 90.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

